# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) |
|  | ) Case No. |
|  | ) |
| Jeffrey Raphiel Clark, Jr. | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   June 2011 through October 2011   in the county of   United States   in the
District of   Columbia   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(3) | Unlawful Possession of Firearms by Person who is Unlawful User of or Addicted to any Controlled Substance |
| D.C. Code §7-2506.01 | Possessing High Capacity Magazines |

This criminal complaint is based on these facts:
See attached affidavit incorporated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Michael Bauknight
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/09/2018

*Judge's signature*

City and state:   Washington, D.C.   G. Michael Harvey
*Printed name and title*